UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DANIEL K. LASHBROOK, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:17-cv-00276-RLM-MGG |
| KATHY GRIFFIN, | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW ATTORNEY APPEARANCE

Alex M. Beeman of Reminger Co., L.P.A., present counsel for Plaintiff, moves for leave to withdraw his appearance on behalf of Plaintiff and in support of this motion and pursuant to N.D. Ind. L.R. 83-8 states as follows:

1. Mr. Beeman first appeared for Plaintiff on April 7, 2017.

2. After this case was initially dismissed, Mr. Beeman filed a notice of appeal on behalf of Plaintiff.

3. Mr. Beeman withdrew from the appeal in the Seventh Circuit Court of Appeals due to a change in employment.

4. This case has now made its way back to this Court after a remand from the Seventh Circuit.

5. Mr. Beeman is asking leave to withdraw from this case since it has been remanded.

6. Mr. Beeman gave Plaintiff written notice at least seven days before the filing of the motion, a copy of which is attached hereto.

7. Mr. Beeman confirmed with Plaintiff's mother who is in contact with Plaintiff almost daily that he received the letter.

8. Plaintiff is presently housed at Putnamville Correctional Facility at 1946 West U.S. Hwy 40, Greencastle, IN 46135. The phone number for PCF is (765) 653-8441.

9. Mr. Beeman will be sending Plaintiff a copy of this motion along with a copy of the docket as of today.

Wherefore, Mr. Beeman respectfully requests this Court to grant him leave to withdrawal and for all other just and proper relief in the premises.

                                                Respectfully submitted,

                                                /s/ *Alex Beeman*
Alex M. Beeman (31222-49)
College Park Plaza
8909 Purdue Road, Suite 200
Indianapolis, IN 46268
T: 317-854-8233
F: 317-663-8580
abeeman@reminger.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of July, 2019, I electronically filed the foregoing document using the E-filing system (IEFS), which sent a notice of electronic filing to all counsel of record.

I also certify that on the 23rd day of July, 2019, I mailed a copy of this motion via U.S. mail, pre-paid postage, to the following:

Daniel K. Lashbrook
DOC # 996292
Putnamville Correctional Facility
1946 West U.S. Hwy 40
Greencastle, IN 46135

                                                /s/ *Alex Beeman*
Alex M. Beeman (31222-49)