UNITED STATES DISCTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DANIEL K. LASHBROOK, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:17-cv-276-RLM-MGG |
| KATHY GRIFFIN, in her official capacity as Superintendent of the Miami Correctional Facility, | ) |
| Defendant, | ) |

## STATUS REPORT

Defendant Kathy Griffin, by counsel, Joshua R. Lowry, Deputy Attorney General, respectfully submit the following Status Report pursuant to the Court's Status Report Order (Dkt. No. 64), and states:

**1. What deadline should be set for joining parties and amending the pleadings.**

Defendant would suggest a deadline of October 9, 2019 to join parties and amend pleadings.

**2. What discovery is planned.**

The Defendant intends to serve written discovery on Plaintiff, and to depose Plaintiff after receiving responses to written discovery.

**3. What deadline should be set for completing discovery.**

The Defendant would suggest April 17, 2020.

**4. What deadline should be set for filing dispositive motions.**

The Defendant would suggest June 19, 2020.

                                      Respectfully submitted,

                                      CURTIS T. HILL, JR.
                                      Indiana Attorney General
                                      Attorney No. 13999-20

Date:  <u>September 9, 2019</u>      By:   Joshua R. Lowry
                                      Deputy Attorney General
                                      Attorney No. 32676-29
                                      OFFICE OF INDIANA ATTORNEY GENERAL
                                      Indiana Government Center South, 5th Floor
                                      302 West Washington Street
                                      Indianapolis, IN  46204-2770
                                      Telephone:  (317) 234-7098
                                      Fax:  (317) 232-7979
                                      Email:  Joshua.Lowry@atg.in.gov

## **CERTIFICATE OF SERVICE**

I certify that on September 9, 2019, a copy of the foregoing was filed electronically using the Court's CM/ECF system, and that a copy of the foregoing was served upon the following via U.S. mail:

Daniel Lashbrook, DOC # 996292
Putnamville Correction Facility
1946 West U.S. Hwy 40
Greencastle, IN 46135

                                                Joshua R. Lowry
                                                Deputy Attorney General

OFFICE OF INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Phone:  (317) 234-7098
Fax:  (317) 232-7979
E-Mail:  Joshua.Lowry@atg.in.gov